197 So. 62

**James R. HOBBS v. RELIANCE LIFE INS. CO. OF PITTSBURGH.**

**6 Div. 686.**

Supreme Court of Alabama.

June 27, 1940.

Coleman, Spain, Stewart & Davies, Randolph Hobbs, and H. H. Grooms, all of Birmingham, for petitioner.

Cabaniss & Johnston and Lucien D. Gardner, Jr., all of Birmingham, opposed.

BOULDIN, Justice.

Petition of James R. Hobbs for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Hobbs v. Reliance Life Ins. Co. of Pittsburgh, 29 Ala.App. 345, 197 So. 59.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.